UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY LEE FOUST,

    Plaintiff,                                      Civil Action No. 09-CV-14462

vs.                                                HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Mona K. Majzoub has issued a Report and Recommendation ("R&R") in which she recommends that the court grant plaintiff's summary judgment motion in part, deny defendant's summary judgment motion, and remand the matter for further proceedings. Neither party has filed objections to the R&R, and the time to do so has expired. Having reviewed the matter, the court is persuaded that the magistrate judge has correctly analyzed the issues and that her recommendation is sound. Accordingly,

IT IS ORDERED that plaintiff's motion for summary judgment is granted in part, defendant's motion for summary judgment is denied, and the matter is remanded to defendant Commissioner of Social Security for further proceedings, as detailed in the R&R.

                                                        S/Bernard A. Friedman_____
Dated: January 5, 2011                      BERNARD A. FRIEDMAN
   Detroit, Michigan                  SENIOR UNITED STATES DISTRICT JUDGE